In the Matter of the Claim of MARJORIE E. MOORE, Respondent, v. J. H. SNYDER et al., Appellants.. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.